# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE EVONNE LEE,<br><br>            Plaintiff,<br><br>       v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No. 1:15-cv-01772-SAB<br><br>ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)<br><br>(ECF No. 13) |

Plaintiff Irene Evonne Lee filed a complaint on November 23, 2015, challenging the denial of disability benefits. On May 24, 2016, Plaintiff filed a notice of voluntary dismissal of this action with prejudice.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that this action is dismissed with prejudice and the Clerk of the Court is directed to close this matter.

IT IS SO ORDERED.

Dated:  **May 25, 2016**

UNITED STATES MAGISTRATE JUDGE

1